# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

KENYATTA SOBEASR CLINCY,

        Petitioner,

v.

BILL POLLARD,

        Respondent.

Case No. 18-CV-1092-JPS

**ORDER**

On July 16, 2018, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Docket #1). He also filed a motion for leave to proceed without prepayment of the $5.00 filing fee. (Docket #2). However, the prison trust account statement he submitted in connection with his motion reveals that he can afford to pay the filing fee for this action. *See* (Docket #4). Indeed, in a civil rights case Petitioner recently filed in this Court, he was found to be able to pay an initial partial filing fee of over $5.00. *See Kenyatta Sobeasr Clincy v. Laura Gramling-Perez et al.*, 18-CV-1093-JPS (E.D. Wis.). Thus, the Court will deny the present motion. Petitioner must pay the $5.00 filing fee for the action no later than **August 8, 2018**, otherwise the action will be dismissed. *See* Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that Petitioner's motion to proceed without prepayment of the filing fee in this action (Docket #2) be and the same is hereby **DENIED**; and

**IT IS FURTHER ORDERED** that, on or before **August 8, 2018**, Petitioner submit the $5.00 filing fee for this action to the Clerk of the Court.

Dated at Milwaukee, Wisconsin, this 18th day of July, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge